UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABC,<br><br>                    Petitioner,<br><br>         -against-<br><br>DEF,<br><br>                    Respondent. | Case No. 1:24-cv-02462 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Clerk of Court is respectfully directed to UNSEAL this case. Petitioner shall promptly re-file all documents submitted to date on ECF.

Dated: May 6, 2024
       New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge

1