UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sharp Frame Investment Limited,<br><br>     Petitioner,<br><br>   v.<br><br>Da Shengwei, Song Ye, Yi Technology Inc., Yunyi Zhilian (Shanghai) Information Technology Co. Ltd. f/k/a Shanghai Xiaoyi Technology Co. Ltd. and Shanghai Yunyi Technology Co., Ltd.<br><br>     Respondents. | Case No. 1:24-cv-02462 (JLR)<br><br>Hon. Jennifer L. Rochon<br><br>[PROPOSED] ORDER FOR PARTIAL RELEASE OF BANK ACCOUNT ATTACHMENTS AND TO EXTEND STAY OF ACTION FOR 15 MORE DAYS |

  **WHEREAS**, the parties, Sharp Frame Investment Limited and Da Shenwei, Song Ye, Yi Technology Inc., Yunyi Zhilian (Shanghai) Information Technology Co. Ltd f/k/a Shanghai Xiaoyi Technology Co. Ltd. and Shanghai Yunyi Technology Co., Ltd (collectively, the "Parties") jointly represent they agreed to certain settlement terms and conditions ("Settlement Agreement");

  **WHEREAS**, the Parties represent that said Settlement Agreement and the full release of the claims in this action and discontinuance of this suit, among other things, are subject to the completion of certain time-sensitive steps set to occur over the next 30 days;

  **WHEREAS**, pursuant to this Court's Order of Attachment dated April 10, 2024, a specially appointed process server, United Process Service, Inc. levied on the Individual Respondents, Da Sheng Wei and Song Ye's ("Individual Respondents") accounts with J.P Morgan Chase Bank ("Bank") pursuant to *N.Y. CPLR §6214* by serving this Court's Order of Attachment on the Bank on or about April 25, 2024;

  **WHEREAS**, the Individual Respondents' bank accounts at J.P Morgan Chase Bank are presently attached; and

**WHEREAS**, as part of the parties' efforts to perform their settlement agreement, the Parties jointly request a partial release and vacatur of the attachment of funds in the Individual Respondents' JP Morgan Chase Bank Accounts (but not including the safety deposit box ending in 3710) so that the funds therein may be transferred to Petitioner;

**THEREFORE**, it is ORDERED that:

1. Petitioner's levy of attachment over the Individual Respondents, Shengwei Da and Song Ye's J.P Morgan Chase Bank accounts is hereby released and vacated, save only for the safety deposit box ending in -3710, which box shall remain attached.

2. The funds held in the released J.P. Morgan Chase Bank accounts shall be transferred to Sharp Frame thereafter and Petitioner will immediately notify Respondents' counsel of the sum it receives, including any interest, and provide documentation of same.

3. The Court extends the stay of this action for 15 more days to Friday, September 20, 2024, to facilitate the parties' performance of their settlement agreement. Any of the parties may move the Court to lift the abeyance should circumstances change pursuant to the terms of the existing Stipulation.

Dated: __August 16_____, 2024
       New York, New York

So Ordered:

_Jennifer Rochon_____
Hon. Jennifer L. Rochon
U.S. District Judge

2

Jointly presented by:

**Morrow Ni LLP**

 s/ *Angus F. Ni*
Angus F. Ni

41 Madison Ave, 31st Floor
New York, NY 10010
E-mail: angus@moni.law
Phone: (773) 543-3223

*Counsel for Petitioner*


**Scarinci & Hollenbeck, LLC**

s/ *Michael J. Willner*
Michael J. Willner

519 8th Avenue, 25th Floor,
New York, NY 10018
E-mail: mwillner@sh-law.com
Phone: (201) 896-7244

*Counsel for Respondents*