UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sharp Frame Investment Limited,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>Da Shengwei, Song Ye, Yi Technology Inc., Yunyi Zhilian (Shanghai) Information Technology Co. Ltd. f/k/a Shanghai Xiaoyi Technology Co. Ltd. and Shanghai Yunyi Technology Co., Ltd.<br><br>　　　　　　　Respondents. | Case No. <u>1:24-cv-02462 (JLR)</u><br><br>Hon. Jennifer L. Rochon<br><br>[~~PROPOSED~~] ORDER FOR PARTIAL RELEASE OF BANK ACCOUNT ATTACHMENTS AND TO TRANSFER FUNDS |

**WHEREAS**, the parties, Sharp Frame Investment Limited and Da Shenwei, Song Ye, Yi Technology Inc., Yunyi Zhilian (Shanghai) Information Technology Co. Ltd f/k/a Shanghai Xiaoyi Technology Co. Ltd. and Shanghai Yunyi Technology Co., Ltd (collectively, the "Parties") jointly represent they agreed to certain settlement terms and conditions ("Settlement Agreement");

**WHEREAS**, the Parties represent that said Settlement Agreement and the full release of the claims in this action and discontinuance of this suit, among other things, are subject to the completion of certain time-sensitive steps set to occur over the next 30 days;

**WHEREAS**, pursuant to this Court's Order of Attachment dated April 10, 2024, a specially appointed process server, United Process Service, Inc. levied on the Individual Respondents, Da Sheng Wei and Song Ye's ("Individual Respondents") accounts with J.P Morgan Chase Bank ("Bank") pursuant to *N.Y. CPLR §6214* by serving this Court's Order of Attachment on the Bank on or about April 25, 2024;

**WHEREAS**, the Individual Respondents' bank accounts at J.P Morgan Chase Bank are presently attached; and

**WHEREAS**, as part of the parties' efforts to perform their settlement agreement, the Parties jointly request a partial release and vacatur of the attachment of funds in the Individual Respondents' JP Morgan Chase Bank Accounts (but not including the safety deposit box ending in 3710) so that the funds therein may be transferred to Petitioner;

**WHEREAS**, JP Morgan Chase advised the parties that it cannot perform a transfer of funds from Respondents' accounts to Petitioner absent a court order directing it to do so.

**THEREFORE**, it is ORDERED that:

1. Petitioner's levy of attachment over the Individual Respondents, Shengwei Da and Song Ye's J.P Morgan Chase Bank accounts is hereby released and vacated, save only for the safety deposit box ending in -3710, which box shall remain attached.

2. Upon release, JP Morgan Chase shall transfer all funds contained in the released J.P. Morgan Chase Bank accounts to Sharp Frame according to joint instructions supplied to JP Morgan Chase Bank by Sharp Frame and Respondents.

3. Petitioner will immediately notify Respondents' counsel of the sum it receives, including any interest, and provide documentation of same.

4. The case shall otherwise remain stayed until September 20th, 2024, consistent with the Court's August 16, 2024 order. ECF No. 31.

Dated: __August 21_____, 2024
        New York, New York                    So Ordered:

                                              _Jennifer Rochon_____
                                              Hon. Jennifer L. Rochon

2

Jointly presented by:

**Morrow Ni LLP**

s/ *Angus F. Ni*
Angus F. Ni

41 Madison Ave, 31st Floor
New York, NY 10010
E-mail: angus@moni.law
Phone: (773) 543-3223

*Counsel for Petitioner*


**Scarinci & Hollenbeck, LLC**

s/ *Michael J. Willner*
Michael J. Willner

519 8th Avenue, 25th Floor,
New York, NY 10018
E-mail: mwillner@sh-law.com
Phone: (201) 896-7244

*Counsel for Respondents*