UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sharp Frame Investment Limited,<br><br>     Petitioner,<br><br>   v.<br><br>Da Shengwei, Song Ye, Yi Technology Inc., Yunyi Zhilian (Shanghai) Information Technology Co. Ltd. f/k/a Shanghai Xiaoyi Technology Co. Ltd. and Shanghai Yunyi Technology Co., Ltd.<br><br>     Respondents. | Case No. 1:24-cv-02462 (JLR)<br><br>Hon. Jennifer L. Rochon<br><br>[PROPOSED] ORDER FOR PARTIAL RELEASE OF BANK ACCOUNT ATTACHMENTS AND TO EXTEND STAY OF ACTION FOR 15 MORE DAYS |

  **WHEREAS**, the parties, Sharp Frame Investment Limited and Da Shengwei, Song Ye, Yi Technology Inc., Yunyi Zhilian (Shanghai) Information Technology Co. Ltd f/k/a Shanghai Xiaoyi Technology Co. Ltd. and Shanghai Yunyi Technology Co., Ltd (collectively, the "Parties") jointly represent they agreed to certain settlement terms and conditions ("Settlement Agreement");

  **WHEREAS**, the Parties represent that said Settlement Agreement and the full release of the claims in this action and discontinuance of this suit, among other things, are subject to the completion of certain time-sensitive steps set to occur prior to an amended deadline of October 31, 2024;

  **WHEREAS**, pursuant to this Court's Order of Attachment dated April 10, 2024, a specially appointed process server, United Process Service, Inc. levied on the Individual Respondents, Da Sheng Wei and Song Ye's ("Individual Respondents") accounts with various banks ("Banks") pursuant to *N.Y. CPLR §6214* by serving this Court's Order of Attachment on the Bank on or about April 25, 2024;

1

**WHEREAS**, as part of the parties' efforts to perform their settlement agreement, the Parties jointly request an extension of the stay of this proceeding contained in the Court's Orders of August 16, 2024 (Document # 31) and August 21, 2024 (Document #34);

**THEREFORE**, it is ORDERED that:

1. The Court extends the stay of this action up to and until October 31, 2024, to facilitate the parties' further performance of their settlement obligation, and that such stay is retroactively applied to the period between September 21, 2024 through the date of this order, *nunc pro tunc.*

Dated: September 27, 2024, 2024
New York, New York

So Ordered:

_____
Hon. Jennifer L. Rochon

Jointly presented by:

**Morrow Ni LLP**

s/ *Angus F. Ni*
Angus F. Ni

41 Madison Ave, 31st Floor
New York, NY 10010
E-mail: angus@moni.law
Phone: (773) 543-3223

*Counsel for Petitioner*

2

**Scarinci & Hollenbeck, LLC**

s/ *Michael J. Willner*
Michael J. Willner

519 8th Avenue, 25th Floor,
New York, NY 10018
E-mail: mwillner@sh-law.com
Phone: (201) 896-7244

*Counsel for Respondents*