**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| Sharp Frame Investment Limited,<br><br>                    Petitioner,<br><br>          v.<br><br>Da Shengwei, Song Ye, Yi Technology Inc.,<br>Yunyi Zhilian (Shanghai) Information<br>Technology Co. Ltd. f/k/a Shanghai Xiaoyi<br>Technology Co. Ltd. and Shanghai Yunyi<br>Technology Co., Ltd.<br><br>                    Respondents. | Case No. <u>1:24-cv-02462 (JLR)</u><br><br>~~[PROPOSED]~~ **ORDER FOR**<br>**EXTENSION OF STAY, PARTIAL**<br>**RELEASE OF BANK**<br>**ATTACHMENTS AND**<br>**TRANSFER OF FUNDS** |

**WHEREAS,** the parties, Sharp Frame Investment Limited ("Sharp Frame") and Da Shengwei, Song Ye, Yi Technology Inc., Yunyi Zhilian (Shanghai) Information Technology Co. Ltd f/k/a Shanghai Xiaoyi Technology Co. Ltd. and Shanghai Yunyi Technology Co., Ltd (collectively, the "Parties") previously jointly represented they agreed to certain settlement terms and conditions ("Settlement Agreement");

**WHEREAS**, as part of the parties' efforts to perform their Settlement Agreement, the parties previously requested extensions of the stay of this proceeding;

**WHEREAS,** Petitioner now represents that said Settlement Agreement and the full release of the claims in this action and discontinuance of this suit, among other things, are subject to the completion of certain time-sensitive steps set to occur prior to an amended deadline to perform of January 6, 2025;

**WHEREAS,** Petitioner now requests a further stay of this matter until January 6, 2025;

**WHEREAS,** pursuant to this Court's Order of Attachment dated April 10, 2024, a specially appointed process server, United Process Service, Inc. levied on the Individual

Respondents, Da Shengwei and Song Ye's ("Individual Respondents") accounts with various banks ("Banks") pursuant to N.Y. CPLR § 6214 by serving this Court's Order of Attachment on the Banks on or about April 25, 2024;

**WHEREAS,** pursuant to the service of said Order of Attachment on East West Bank on or around April 25, 2024, East West Bank imposed a freeze over Da and Song's holdings with East West Bank in May 2024 (which include account(s), other interests and a credit line), which continues to-date;

**WHEREAS**, Petitioner submits that, in order to perform the Settlement Agreement, levies of attachment over East West Bank holdings only should be released on the terms set out below, with the funds held by Da and Song with East West Bank to be applied in payment to East West Bank and Sharp Frame in accordance with the stated terms thereafter.

**THEREFORE**, it is ORDERED that:

1. The Court extends the stay of this action up to and until January 6, 2025, to facilitate the parties' further performance of their settlement obligation.

2. The levies of attachment pursuant to the Order of Attachment dated April 10, 2024 with respect to Individual Respondents' East West Bank accounts and holdings are partially released and vacated only for the following limited purposes:

   a. To permit East West Bank to first settle, out of Individual Respondents' funds with East West Bank, outstanding mortgage and credit line debt obligations owed by Individual Respondents to East West Bank that were incurred prior to the Order of Attachment, said settlement to complete within 3 business days of East West Bank being notified of this order;

b.  Thereafter, in partial execution of the settlement between the parties to these proceedings, East West Bank is to directly wire transfer to Petitioner Sharp Frame all of Individual Respondents' remaining funds, to the account details set out below.

> Beneficiary Name: Sharp Frame Investment Limited
> Beneficiary Account Number: 36808006238
> Swift Code: SCBLHKHHXXX
> Bank Name and Address: Standard Chartered Bank (Hong Kong) Limited
> 18/F SC TOWER, 388 KWUN TONG ROAD,
> KWUN TONG, KOWLOON, HONG KONG

3.  Upon Sharp Frame's receipt of the transfer described in paragraph 2(b),

a.  The Order of Attachment is vacated in full with respect to Respondents Da and Song's holdings with East West Bank; and

b.  Sharp Frame will promptly notify Respondents' or their counsel of the sum Sharp Frame has received, and provide documentation of receipt.

4.  The parties will provide an additional update to this Court by **January 3, 2025**, as to whether the stay should remain in place.

So Ordered:

Date:   December 9, 2024
New York, New York

*Jennifer Rochon*

Hon. Jennifer L. Rochon

Presented by:


Morrow Ni LLP


 s/ Angus F. Ni
Angus F. Ni


41 Madison Ave, 31st Floor
New York, NY 10010
E-mail: angus@moni.law
Phone: (773) 543-3223


*Counsel for Petitioner*