UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED AMERICAN LINE/WORLDWIDE FREIGHT SERVICES, INC.,<br><br>       Plaintiff,<br><br>-against-<br><br>FAST TRADE INC.,<br><br>       Defendant. | Case No. 1:24-cv-04711 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On December 2, 2024, the Court issued an Order to Show Cause with respect to why the Court should not dismiss this case for failure to prosecute. Dkt. 28. On December 9, 2024, Plaintiff responded to that Order. Dkt. 30. In that response, Plaintiff's counsel represented that he mistakenly had his office file a motion for default judgment in a different case on November 27, 2024, the date the Court had ordered Plaintiff to file its motion for default judgment. *Id.*; *see* Dkts. 27, 30-1. Plaintiff's counsel represents that he will file a motion for default judgment by December 11, 2024. The Court finds that Plaintiff has demonstrated why this action should not be dismissed for failure to prosecute.

Plaintiff is directed to file its motion for default judgment by **December 11, 2024**. If Plaintiff fails to comply with this deadline, it may result in the dismissal of this case without prejudice for failure to prosecute.

Dated: December 9, 2024
   New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge