UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sharp Frame Investment Limited,<br><br>    Petitioner,<br><br> v.<br><br>Da Shengwei, Song Ye, Yi Technology Inc., Yunyi Zhilian (Shanghai) Information Technology Co. Ltd. f/k/a Shanghai Xiaoyi Technology Co. Ltd. and Shanghai Yunyi Technology Co., Ltd.<br><br>    Respondents. | Case No. 1:24-cv-02462-JLR<br><br>[PROPOSED] ORDER GRANTING MOTION TO VACATE WRIT OF ATTACHMENT AND DISMISS PETITION |

Upon consideration of Petitioner's Motion to Vacate Writ of Attachment and Dismiss Petition, the supporting memorandum of law, prior orders and filings in this action, and for good cause shown, it is hereby:

ORDERED that the Motion is GRANTED in its entirety;

ORDERED that all remaining levies and restraints issued pursuant to the Court's April 10, 2024 Writ of Attachment (ECF No. 3), excluding those already released pursuant to ECF Nos. 31, 34 and 46, is hereby VACATED in full;

ORDERED that the Petition to Confirm Arbitration Award (ECF No. 6) is hereby DISMISSED WITH PREJUDICE;

ORDERED that the Clerk of Court is respectfully directed to CLOSE this case.

SO ORDERED.

Date: July 18, 2025
    New York, New York

SO ORDERED.

_Jennifer Rochon_
**JENNIFER L. ROCHON**
**United States District Judge**