**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Sharp Frame Investment Limited,

                Petitioner,

-against-                            24 **CIVIL** 2462 (JLR)

**JUDGMENT**

Da Shengwei, Song Ye, Yi Technology Inc.,
Yunyi Zhilian (Shanghai) Information Technology
Co. Ltd. f/k/a Shanghai Xiaoyi Technology Co. Ltd.
And Shanghai Yunyi Technology Co., Ltd.

                Respondents.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 18, 2025, the Motion is GRANTED in its entirety; ORDERED that all remaining levies and restraints issued pursuant to the Court's April 10, 2024 Writ of Attachment (ECF No. 3), excluding those already released pursuant to ECF Nos. 31, 34 and 46, is hereby VACATED in full; ORDERED that the Petition to Confirm Arbitration Award (ECF No. 6) is hereby DISMISSED WITH PREJUDICE. Accordingly, the case is closed.

**Dated:** New York, New York

       July 18, 2025

                                                            **TAMMI M. HELLWIG**

                                                                  Clerk of Court

                         **BY:**

                                                                   **Deputy Clerk**